DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN M. ROLLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-994

[June 21, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2003-CF-002892-BXXX-MB.

Kevin M. Rolle, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***